# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21  PM 4: 35

LORETTA G. WHYTE
      CLERK

**JESSIE L. ROSE**                                    CIVIL ACTION

**VERSUS**                                            NO: 06-7631-MLCF-SS

**TRAVELERS, et al**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopt it as its opinion. Accordingly,

IT IS ORDERED that:

1. The motion of the defendant, The Standard Fire Insurance Company ("Standard Fire"), to deposit settlement funds into the Registry of the Court, for order of dismissal, and for order compelling plaintiff, Jessie L. Rose ("Rose"), to execute release (Rec. doc. 51) is GRANTED.

2. Within ten (10) working days of the entry of this order, Standard Fire shall submit the amount of $75,000 into the Registry of the Court which represents the settlement reached between Standard Fire and Rose.

3. Within ten (10) working days of the entry of this order, Standard Fire shall put the following entities on notice of the foregoing submission of funds into the Registry of the Court, so that their interests can be protected: Louisiana Division of Administration - DRU, Bank of New

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

Orleans ISAOA, Hibernia National Bank ISAOA, and the Small Business Administration.

4. The claims of Rose, the intervenor, Jeffrey Berniard, and all other parties with an interest in the settlement funds against Standard Fire are DISMISSED with prejudice, and at the parties' costs.

5. Within twenty-one (21) calendar days of the entry of this order, Rose shall execute the release agreement attached to Standard Fire's motion to deposit settlement funds as Exhibit C and return the executed release to Standard Fire's counsel.

6. Rose's motion to deny payment to Berniard (Rec. doc. 50) is referred to the trial on the merits of Berniard's claim of intervention.

7. Rose's motion and application for mental anguish penalties due to bad faith and delay by Standard Fire (Rec. doc. 55) is DENIED.

8. Standard Fire's motion to strike Rose's motion and application for mental anguish penalties (Rec. doc. 59) is DISMISSED as MOOT.

New Orleans, Louisiana, this 20th day of April, 2009.

UNITED STATES DISTRICT JUDGE